UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA GILES,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | Case No. EDCV 08-1088 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: September 17, 2009

                                    /s/
                            Honorable Jacqueline Chooljian
                            UNITED STATES MAGISTRATE JUDGE